## The inhabitants of the town of LITCHFIELD *against* The inhabitants of the town of FARMINGTON.

Where there are two counts in the declaration, for distinct causes of action, and the plaintiff obtains a verdict on one count and the defendant on the other, the defendant is entitled to his costs.

A NEW trial having been granted, pursuant to the advice of this Court, *ante* 100. 110., the cause was tried again, at *Litchfield, August* term, 1828, when the jury returned a verdict for the plaintiffs on one count in the declaration, and for the defendants on the other. The defendants moved for costs on the count found for them; it being admitted, that this was for a distinct cause of action from that on which the other count was founded. The plaintiffs resisted this motion; and the question which it involved, was reserved for the consideration of the Supreme Court of Errors.

The case was now submitted without argument.

*By the Court.* Where there are two counts in the declaration, for distinct causes of action, and the plaintiff obtains a verdict on one count, and the defendant on the other, the defendant is entitled to his costs.